BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP     BDFTW# 00000001468271
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765

Attorney for PHH MORTGAGE CORP. F/K/A CENDANT MORTGAGE CORP. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-70541-LT-13 |
| | § | |
| HARJINDER SINGH BRAICH and | § | |
| BALWINDER KAUR BRAICH, | § | |
| Debtor | § | CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE
NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO
BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT
TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files

this Notice of Appearance and Demand for Service of Papers as Counsel for PHH MORTGAGE CORP. F/K/A CENDANT MORTGAGE CORP. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, a secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
(626) 915-5714

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for PHH MORTGAGE CORP. F/K/A CENDANT MORTGAGE CORP. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seg. The undersigned firm will not accept service of process in any adversary case for PHH MORTGAGE CORP. F/K/A CENDANT MORTGAGE CORP. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

/s/ DARLENE C. VIGIL   11/23/2009
DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Telephone: (626) 915-5714, Facsimile: (972) 661-7726
E-mail: NDCAECF@BDFTW.com
ATTORNEY FOR SECURED CREDITOR

# CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

BY: /s/ DARLENE C. VIGIL  11/23/2009
DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Telephone: (626) 915-5714, Facsimile: (972) 661-7726
E-mail: NDCAECF@BDFTW.com
ATTORNEY FOR SECURED CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS**
HARJINDER SINGH BRAICH
34714 IRIS WAY
UNION CITY, CA 94587

BALWINDER KAUR BRAICH
34714 IRIS WAY
UNION CITY, CA 94587

**DEBTOR'S ATTORNEY**
PATRICK L. FORTE
1 KAISER PLAZA #480
OAKLAND, CA 94612-3610

**TRUSTEE**
MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540